# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 13-1077-AG(JPRx) | Date | April 21, 2014 |
| Title | TOYOTA TSUSHO AMERICA INC v SINO SCRAP INC, ET AL | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jon Miller | Russell Glazer |
| Sabina Helton | Jason Booth |

**Proceedings:**   STATUS CONFERENCE RE STAY

Cause is called for hearing and counsel make their appearances. Court and counsel confer. The stay shall remain in place at this time.

Status Conference is continued to March 2, 2015 at 9:00 a.m.

: 05

Initials of Preparer   lmb