UNITED STATES DISTRICT COURT   **JS-6/STAYED**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES CLOSING

Case No  SACV 13-1077-AG(JPRx)                    Date: June 17, 2014

Title:  TOYOTA TSUSHO AMERICA INC. v SINO SCRAP INC, ET AL

Present  ANDREW J. GUILFORD , United States District Court Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

---

Attorneys for Plaintiff                         Attorneys for Defendant

Not Present                                      Not Present

---

Proceedings:        ☐ In Court       X In Chambers       ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on entry dated 4/21/2014, Docket #49, Make JS-6.

☐   Case settled but may be reopened if settlement is not consummated within __ days.  Make JS-6.

☐   Other_____.

☐   Entered_____.

CV-74 (08/97)                              Initials by Deputy Clerk    lmb