JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| TOYOTA TSUSHO AMERICA, INC. | Case No. SACV 13-1077 AG (JPRx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SINO SCRAP, INC. ET AL. | |
| Defendants. | |

The Court enters Judgment in favor of Defendants and against Plaintiff.

Dated February 29, 2016

_____

Hon. Andrew J. Guilford
United States District Judge